```
MIME-Version:1.0
From:ned-ecf.notification@ned.uscourts.gov
To:ecf.notice@ned.uscourts.gov
Bcc:
--Case Participants: Lecia E. Wright (amy.donato@usdoj.gov, lecia.wright@usdoj.gov, usane.ecfcrimoma@usdoj.gov), Magistrate Judge Thomas D. Thalken
(brandon_crainer@ned.uscourts.gov, denise_lucks@ned.uscourts.gov, mary_beth_mcfarland@ned.uscourts.gov, tanya_langton@ned.uscourts.gov, thomas_thalken@ned.uscourts.gov)
--Non Case Participants: Interpreter (l_garcia-hein@ned.uscourts.gov), Pretrial Group (ecfnotice-pretrial@nep.uscourts.gov), Probation Officer Group
(ecfnotice_nep@nep.uscourts.gov)
--No Notice Sent:

Message-Id:<3199060@ned.uscourts.gov>
Subject:Activity in Case 8:15-mj-00159-TDT USA v. Salameh Order Setting Hearing or Trial
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Nebraska**

**Notice of Electronic Filing**

The following transaction was entered on 6/22/2015 at 2:49 PM CDT and filed on 6/22/2015
**Case Name:** USA v. Salameh
**Case Number:** 8:15-mj-00159-TDT
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**TEXT ORDER as to defendant Ala Salameh. Initial Appearance set for 6/24/2015 at 1:30 PM in Courtroom 6, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge F.A. Gossett. Ordered by Magistrate Judge Thomas D. Thalken. (MBM)**

**8:15-mj-00159-TDT-1 Notice has been electronically mailed to:**

Lecia E. Wright     lecia.wright@usdoj.gov, amy.donato@usdoj.gov, usane.ecfcrimoma@usdoj.gov

**8:15-mj-00159-TDT-1 Notice has been delivered by other means to:**